```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                      JACKSON DIVISION
```

**UNITED STATES OF AMERICA**

**VS.**                                         **CRIMINAL NO. 3:07-cr-90-WHB-LRA**

**DERRICK YOUNG**

## ORDER OF DISMISSAL

In accordance with the Opinion and Order entered this day, which dismissed the Indictment against Defendant pursuant to 18 U.S.C. § 3162(a)(2), this case is hereby dismissed, without prejudice. Defendant shall be discharged from custody immediately.

SO ORDERED this the 25th day of February, 2008.

                              s/ William H. Barbour, Jr.
                              UNITED STATES DISTRICT JUDGE